IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON WEAVER                                                                                      PLAINTIFF

VS.                                              CASE NO. 08-CV-4120

MILLER COUNTY, ARKANSAS;
SHERIFF RAMBO; and
SGT. DOLLY SIMMONS                                                                      DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on August 2, 2010 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 41). Fourteen (14) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the magistrate judge's findings and recommendations.

Accordingly, the Court finds that Plaintiff Jason Weaver's Complaint should be and hereby is **dismissed** on the ground that he has failed to prosecute this action and failed to comply with the order of the Court.

IT IS SO ORDERED, this 27th day of August, 2010.

                                              /s/Harry F. Barnes
                                              Hon. Harry F. Barnes
                                              United States District Judge